**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     ARD Foundation Inc. v. Renee Carrington

Appellate case number:   01-13-00067-CV

Trial court case number: 1219985

Trial court:             61st District Court of Harris County

       Appellant Joel Landrick Ard, Jr., has filed a motion to stay the trial court's order issued January 11, 2013, pending the outcome of the appeal. The motion is **granted**.

       It is so ORDERED.


Judge's signature: /s/ Laura C. Higley
                   ☑ Acting individually     ☐ Acting for the Court


Date: January 24, 2013